## IN THE MATTER OF JAY JENKINS.
### (SUPREME COURT DISCIPLINARY No. 911)
(411 SE2d 268)

PER CURIAM.

Acting pursuant to State Bar Rule 4-203 (b) (4), Jay Jenkins filed with the Review Panel of the State Bar of Georgia a petition for voluntary surrender of his license to practice law. The Review Panel determined that Jenkins had entered a guilty plea in the Superior Court of Cobb County to two felony counts of theft by taking. The Review Panel found that the entry of the guilty plea was a violation of Standard 66 of Bar Rule 4-102 (d), and recommended that Jenkins' petition to surrender his license be approved.

The recommendation is adopted. Voluntary surrender being the equivalent of disbarment, Jenkins is prohibited from practicing law.

*Voluntary surrender of license accepted. All the Justices concur.*

DECIDED OCTOBER 3, 1991.

*William P. Smith III, General Counsel State Bar, Paul B. Cohen, Assistant General Counsel State Bar*, for State Bar of Georgia.
*Howard J. Weintraub*, for Jenkins.